# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**WILLIAM D. CARROLL,**

      **Petitioner,**

v.       Case No.  4:16cv130-MW/CAS

**STATE OF FLORIDA, et al.,**

      **Defendants.**

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No.4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 5.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "This cause is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings."  The Clerk shall

close the file.

  **SO ORDERED on March 22, 2016.**

            <u>**s/Mark E. Walker**</u>
            **United States District Judge**